UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT THOMAS,<br><br>             Plaintiff,<br><br>      v.<br><br>S. SANCHEZ, et al.,<br><br>             Defendants. | Case No.: 1:12-cv-01224-SAB (PC)<br><br>ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH A COURT ORDER<br><br>[ECF No. 7] |

   Plaintiff Robert Thomas is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Pursuant to 28 U.S.C. § 636(c), Plaintiff consented to the jurisdiction of the United States Magistrate Judge on August 3, 2012.  Local Rule 302.

   Plaintiff filed the instant complaint on July 26, 2012.  On October 17, 2013, the Court screened the complaint pursuant to 28 U.S.C. § 1915A(a) and found that Plaintiff stated a cognizable claim against Defendants Sanchez, Scott, Chavez, Dickerson, and Rohland for excessive force in violation of the Eighth Amendment.  However, Plaintiff did not state any other cognizable claims for relief.  The Court granted Plaintiff thirty days to either file an amended complaint or notify the Court of his intent to proceed on the claim found to be cognizable.  More than thirty days have passed and Plaintiff has failed to respond to the Court's order.  The Court's October 17, 2013, order specifically warned Plaintiff that the failure to comply with the order would result in the dismissal of the action.

1  Accordingly, the instant action must be dismissed for failure to comply with the Court's October 17,
2  2013, order.

4  IT IS SO ORDERED.

5  Dated:   **December 9, 2013**

   UNITED STATES MAGISTRATE JUDGE